UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAN CHENG, et al.,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, et al.,

    Defendants.

Case No. 18-cv-03817-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 20

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed. The Clerk shall close the case.

Dated: January 22, 2019

_____
WILLIAM H. ORRICK
United States District Judge